BOROUGH OF PARK RIDGE, PROSECUTOR, v. BOARD OF EQUALIZATION OF TAXES OF NEW JERSEY ET AL., RESPONDENTS.

Submitted March 19, 1914—Decided June 13, 1914.

Section 10 of the act of April 14th, 1906 (*Pamph. L., p.* 210; *Comp. Stat., p.* 5120), confers upon the board of equalization of taxes of New Jersey jurisdiction to review, on the appeal of a taxpayer, an order of the county board of taxation fixing a tax rate, and to render judgment reducing such rate and fixing it at the maximum rate permitted by the "Hillery Maximum Tax Rate act" (*Pamph. L.* 1906, *p.* 206; *Comp. Stat., p.* 5164), and its amendments and supplements.

On *certiorari.*

Before Justices GARRISON, TRENCHARD and MINTURN.

For the prosecutor, *Roe, Runyon & Autenrieth.*

For the respondents, *Frank Hancock Hennessy* (*Mark Townsend, Jr.,* on the brief).

The opinion of the court was delivered by

TRENCHARD, J. This writ brings up for review the judgment of the board of equalization of taxes of New Jersey reducing the tax rate of the borough of Park Ridge and fixing it at the maximum rate permitted by the "Hillery Maximum Tax Rate act" (*Pamph. L.* 1906, *p.* 206; *Comp. Stat., p.* 5164), and its amendments and supplements, on the appeal of a taxpayer from an order of the Bergen county board of taxation.

The judgment of the board of equalization of taxes is challenged upon the ground that jurisdiction to hear and determine such an appeal from an order of the county board of taxation fixing the tax rate has not been conferred by law upon the board of equalization of taxes.

We are of the opinion that there is no merit in the contention.

Such jurisdiction was conferred by the act creating county boards of taxation (*Pamph. L.* 1906, *p.* 210; *Comp. Stat., p.* 5120) which, by section 10, provides as follows:

"Any action or determination of any county board of taxation may be appealed for review to the board of equalization of taxes of New Jersey, under such rules and regulations as said board of equalization may from time to time prescribe, and said board of equalization shall be authorized and empowered to review such action and proceedings and give such judgment therein as it may think proper."

This conclusion, in effect, disposes of every objection urged against the judgment under review.

The judgment will be affirmed, with costs.